UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BRYAN SCHOENGOOD, ANNETTA
KING SIMPSON and WILLIE ROLAND,

                Plaintiffs,                JUDGMENT

   v.

                                                          20-CV-2022 (KAM)

HOFGUR LLC D/B/A QUEENS ADULT
CARE CENTER, and GEFEN SENIOR CARE GROUP,

                Defendants.
----------------------------------------------------------------X

A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on May 12, 2021, granting the motion to dismiss; and dismissing the plaintiffs' disparate impact and reasonable accommodation claims pursuant to the ADA and RA; it is

ORDERED and ADJUDGED that the motion to dismiss is granted; that the plaintiffs' disparate impact and reasonable accommodation claims pursuant to the ADA and RA are dismissed; and that judgment is hereby entered in favor of defendants.

Dated: Brooklyn, New York                                       Douglas C. Palmer
       May 13, 2021                                               Clerk of Court

                                                              By:    */s/Jalitza Poveda*
                                                                        Deputy Clerk